# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHONDA CHAPMAN**, individually, and as the parent and natural guardian of J.D.C., a minor, | : : : : | |
| Plaintiffs | : : | No. 1:14-cv-00192 |
| v. | : : | (Judge Kane) |
| **PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, JAMES T. ZACK, FRANCIS M. MAJIKES, JAMES B. MANNERS, ROBERT A. LOMBARDI,** and **RONALD KENNEDY,** | : : : : : | |
| Defendants | : | |

## ORDER

**AND NOW,** this 12th day of February, 2014, **IT IS HEREBY ORDERED THAT**

Plaintiff's motion for an expedited hearing (Doc. No. 4) is **DENIED**.

                                                                     S/ Yvette Kane
                                                                      Yvette Kane, District Judge
                                                                      United States District Court
                                                                      Middle District of Pennsylvania