# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHONDA CHAPMAN**, individually, and as the parent and natural guardian of J.D.C., a minor, | : : : : | |
| Plaintiff | : : | No. 1:14-cv-00192 |
| v. | : : | (Judge Kane) |
| **PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, JAMES T. ZACK, FRANCIS M. MAJIKES, JAMES B. MANNERS, ROBERT A. LOMBARDI,** and **RONALD KENNEDY,** | : : : : : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 18th day of June 2014, **IT IS HEREBY ORDERED THAT** Defendants' motion to dismiss (Doc. No. 12) is **GRANTED** as follows:

1. Plaintiff's claims arising out of 28 U.S.C. § 1983 and the Fourteenth Amendment of the United States Constitution are **DISMISSED WITH PREJUDICE**;

2. Plaintiff's claims arising under state law are **DISMISSED WITHOUT PREJUDICE** to the re-filing of such claims in Pennsylvania state court; and

3. The Clerk of Court is directed to close the case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania